# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vincent Camacho

Plaintiff

v.

R.L. Stiff, Warden

Defendants

Case No. Civil 00-1045 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk